UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE:                                          )
                                                )
WILLIAM N. ADKINS,                              )        Case No. 12-31050
                                                )          Chapter 7
            Debtor.                             )
_____             )
A. BURTON SHUFORD, CHAPTER 7                     )
TRUSTEE FOR THE BANKRUPTCY                       )
ESTATE OF WILLIAM N. ADKINS,                     )
                                                )   Adversary Proceeding
        Plaintiff,                              )     No: 19-03050
                                                )
vs.                                             )
                                                )
PATTEN SALES AND MARKETING, LLC                 )
                                                )
        Defendant.                              )
And                                             )
                                                )
YEOPIM PARTNERS, LLC,                           )
                                                )
        Defendant-Intervenor.                   )
_____             )

MOTION FOR ENTRY OF DEFAULT

NOW COMES the Plaintiff herein, by and through his undersigned attorney, and moves the Court, pursuant to Bankruptcy Rule 7055 for an entry of default against the Defendant, PATTEN SALES AND MARKETING, LLC in this action for the reason that the Defendant, PATTEN SALES AND MARKETING, LLC did not file with the Court or serve the Plaintiff in this action with answer to the Plaintiff's Complaint, as required.

Said Defendant, PATTEN SALES AND MARKETING, LLC is, upon information and belief, not an infant or incompetent person and the Soldiers' and Sailors' Civil Relief Act of 1940 (50 U.S.C. App. §520), upon information and belief, does not apply to the Defendant, PATTEN SALES AND MARKETING, LLC.

This the 13th day of February, 2020.

                            /s/ A. Burton Shuford
                        A. Burton Shuford, NCBN 10035
                        4700 Lebanon Road, Suite A-2
                        Mint Hill, NC  29227
                        Direct Dial:  (980) 321-7000
                        bshuford@abshuford.com
                        Attorney for the Trustee

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WILLIAM N. ADKINS, | ) | Case No. 12-31050 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| A. BURTON SHUFORD, CHAPTER 7 | ) | |
| TRUSTEE FOR THE BANKRUPTCY | ) | |
| ESTATE OF WILLIAM N. ADKINS, | ) | |
| | ) | Adversary Proceeding |
| Plaintiff, | ) | No: 19-03050 |
| vs. | ) | |
| | ) | |
| PATTEN SALES AND MARKETING, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| And | ) | |
| | ) | |
| YEOPIM PARTNERS, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the *MOTION FOR ENTRY OF DEFAULT* by either Electronic Case Filing as indicated below or depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed as follows:

Shelley K. Abel, U.S. Bankruptcy Administrator          Via Electronic Case Filing
Anna S. Gorman, Attorney for Debtor                        Via Electronic Case Filing
James H. Henderson, Attorney for Yeopim Partners, LLC    Via Electronic Case Filing

William N Adkins                              Patten Sales and Marketing, LLC
16315 Belle Isle Drive                        1209 Orange St.
Cornelius, NC 28031                           Wilmington, DE, 19801

Patten Sales and Marketing, LLC               Patten Sales and Marketing, LLC
1100 5th Ave., S., Ste. 404                   183 Water St.
Naples, FL, 34102                             Williamstown, MA, 01267

Patten Sales and Marketing, LLC
1200 South Pine Island Rd.
Plantation, FL, 33324